**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 472 MAL 2023

                Respondent   :

                          :   Petition for Allowance of Appeal
                          :   from the Order of the Superior Court

              v.               :

                          :

KENNETH JOHN SHAFFER,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.